IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IGNACE E. GODONOU, et al.     :     CIVIL ACTION
                              :
           v.                 :
                              :
RONDO, INC. et al.            :     NO. 12-2113


ORDER

AND NOW, this 31st day of May, 2012, upon consideration of the plaintiffs' Motion to Remand (Docket No. 4), defendant Rondo Inc's response thereto (Docket No. 8), and defendant Rondo, Inc.'s Motion for Leave to Amend its Notice of Removal (Docket No. 6), and for the reasons set forth in a Memorandum of today's date; IT IS HEREBY ORDERED that the plaintiffs' motion to remand (Docket No. 4) is DENIED and the defendant's motion to amend its notice of removal (Docket No. 6) is GRANTED.  The defendant shall file an amended notice of removal on or before June 14, 2012.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.